# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRIAN RODGERSON, DONALD
MULLANEY, THOMAS CARROLL,
JOHNA CARROLL, LORENZO MARINI
and REZARTA MARINI,

                    Plaintiffs,

-vs-                                      Case No. 6:08-cv-948-Orl-35KRS

ISLAMORADA CONDOMINIUMS, LLC,

                    Defendant.

## ORDER

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S RENEWED MOTION TO COMPEL** (Doc. No. 17) |
| **FILED:** | November 4, 2008 |

**THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Plaintiffs seek to compel Defendant Islamorada Condominiums, LLC, ("Islamorada") to produce its initial discovery. Doc. No. 17. The Court ordered the parties to confer, and reminded Islamorada of the deadline to reply to the instant motion. Doc. No. 18. The Court also ordered counsel for Plaintiffs to file a supplement regarding the outcome of the good faith conference on or before November 10, 2008. *Id.*

As of the writing of this order, counsel for Plaintiffs has not filed the supplement regarding the outcome of the good faith conference. Islamorada filed a response to the motion indicating that

it has produced "copies of contracts, correspondence, delay logs, plan review reports and other documents to Plaintiff as its initial discovery." Doc. No. 19.  It appears, therefore, that the matter has been resolved.

      **DONE** and **ORDERED** in Orlando, Florida on November 11, 2008.

                                                 *Karla R. Spaulding*
                                                KARLA R. SPAULDING
                                     UNITED STATES MAGISTRATE JUDGE